BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900



FILED

MAY 13 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH MREMARKS@HOTMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY MICROSOFT CORPORATION, MICROSOFT ONLINE SERVICES | CASE NO. 2:15-SW-0225 AC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER COMMANDING MICROSOFT CORPORATION NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SEARCH WARRANT<br><br>**FILED UNDER SEAL** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Microsoft Corporation, Microsoft Online Services, which owns and/or operates Hotmail (collectively, "Microsoft"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the search warrant of the existence of the attached search warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. See 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Microsoft shall not disclose the existence of the attached search warrant, or this Order, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that Microsoft may disclose the attached search warrant and this Order (provided by law enforcement agents serving the warrant and Order) to an attorney for Microsoft for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

IT IS SO ORDERED.

DATED: 5/13/15

_____
HONORABLE ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE